# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0333

_____

TYRELL JACKSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Ronald W. Flury, Judge.

July 30, 2025

PER CURIAM.

AFFIRMED. *See Yinger v. State*, 409 So. 3d 201, 204–05 (Fla. 1st DCA 2025) (citing *Bush v. State*, 295 So. 3d 179, 200 (Fla. 2020)) ("holding that the correct standard for determining any sufficiency-of-the-evidence claim is competent, sufficient evidence"); *Calloway v. State*, 210 So. 3d 1160, 1189 (Fla. 2017) (explaining that "the jury alone determines the credibility of witnesses").

ROBERTS, RAY, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Gus Harper of Gardner, Bist, Bowden, Dee, Lavia, Wright, Perry & Harper, P.A., Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.